NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIAMOND SAWBLADES MANUFACTURERS COALITION,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant,*

and

**INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellant.*

and

**SAINT-GOBAIN ABRASIVES, INC.,**
*Defendant-Appellee,*

and

**EHWA DIAMOND INDUSTRIAL CO., LTD. and SHINHAN DIAMOND INDUSTRIAL CO., LTD.,**
*Defendants-Appellees.*

---

2010-1095

---

Appeal from the United States Court of International Trade in case no. 06-00247, Senior Judge R. Kenton Musgrave.

---

## ON MOTION

---

Before RADER, *Chief Judge.*

## ORDER

Diamond Sawblades Manufacturers Coalition (Diamond Sawblades) moves to dismiss this appeal from a September 30, 2009 judgment of the United States Court of International Trade. The International Trade Commission (ITC) responds and moves for an extension of time to file its response. Diamond Sawblades replies and moves for an extension of time to file its reply.

We deem the better course is to deny the motion without prejudice to the parties discussing the issues in the briefs.

Accordingly,

IT IS ORDERED THAT:

(1) Diamond Sawblades' motion to dismiss is denied without prejudice to the parties raising the issues in the briefs.

(2) The motions for extensions of time are granted.

(3) The ITC's opening brief is due within 40 days from the date of filing of this order.

FOR THE COURT

**JUL 2 8 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Daniel B. Pickard, Esq.
     J. David Park, Esq.
     Lynn M. Fischer Fox, Esq.
     Karl Stuart von Schriltz, Esq.
     Jeanne E. Davidson, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUL 2 8 2010**

**JAN HORBALY**
**CLERK**